# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAYER,<br><br>            Plaintiff,<br>    v.<br><br>FLAGSTAR BANK, FSB, a wholly-owned subsidiary of FLAGSTAR BANCORP, INC. a Michigan corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 8:12-CV-01057 JST (MLGx)<br><br>**ORDER RE: DISMISSAL** |

The parties having so stipulated, IT IS ORDERED that all claims in this Action are hereby dismissed with prejudice, without an award of costs or fees by the Court.

**IT IS SO ORDERED.**

DATED: May 24, 2013

_____
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

1

ORDER OF DISMISSAL